**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00072-LTB-MJW

JILLIAN P. O'CONNOR,

    Plaintiff,

v.

SWIFT TRANSPORTATION CO., INC., an Arizona corporation,

    Defendant.

___

### ORDER OF DISMISSAL
___

THIS MATTER having come before the Court on the Joint Stipulated Motion for Dismissal With Prejudice (Doc 15 - filed June 13, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                     BY THE COURT:

                                                      s/Lewis T. Babcock
                                                      Lewis T. Babcock, Judge

DATED: June 16, 2008